UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| KEVIN ABDUL GILBERT, | ) | Case No. C07-1473-RSL |
| Plaintiff, | ) | |
| v. | ) | |
| GEARY C. MURRAY, | ) | ORDER OF DISMISSAL |
| Defendant. | ) | |

The Court, having reviewed plaintiff's complaint in this 42 U.S.C. § 1983 civil rights action, together with all materials in support of and in opposition to those documents, the Report and Recommendation of United States Magistrate Judge James P. Donohue, the governing law and balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendant's motion to dismiss (Dkt. No. 8) is GRANTED, and Plaintiff's complaint (Dkt. No. 4) is DISMISSED with prejudice.

(3) The Clerk of Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 11th day of February, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL – 1